IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KENNETH GREER,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. CV-06-1540-VEH |
| **HONDA MANUFACTURING OF ALABAMA, LLC,** | ) |
| **Defendant.** | ) |

## AMENDMENT TO COMPLAINT

Comes now, the Plaintiff, and hereby amends the *ad damnum* clause of his Complaint, with the written consent of the Defendant, so as to read as follows:

WHEREFORE, premises considered, the Plaintiff demands judgment against the Defendant for a sum of not less than $100,000.00 interest and costs.

Respectfully submitted,

/s/ Philip Miles
Philip E. Miles
Attorney for Plaintiff
Alabama State Bar No.
ASB 5902-S70P

**Law Office of Philip E. Miles, LLC**
153 South 9th Street
Gadsden, AL 35901
(256)543-9777- PHONE
(256) 543-9770 - FAX

## CERTIFICATE OF SERVICE

  A copy of the forgoing has been served upon all parties, in accordance with Rule 5, FRCP, by U. S. Mail, postage prepaid, on this the 7th day of August, 2007, as follows:

Marcel L. Debruge (DEB006)
Kathryn M. Willis (MOR130)
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203-5206


           /s/____Philip Miles_____
           Philip E. Miles